FORM 26.  Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1823

**Short Case Caption:** Autoscribe Corp. v. M&A Ventures, LLC

**Filing Party** Autoscribe Corportation

**Instructions.**  Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court erred in entering Final Judgment holding that Autoscribe Corp. take nothing; whether the district court erred in adopting the Special Master's report and recommendation on claim construction; whether the district court erred in denying Autoscribe Corp.'s Motion to Amend Its Disclosure of Asserted Claims and Infringement Contentions and Motion to Amend its Complaint; and all rulings, decisions, and interlocutory orders prior to and subsumed in the order that became the Final Judgment.

Relief awarded below (if damages, specify):  ■ None/Not Applicable

Briefly describe the judgment/order appealed from:

Final Judgment entered against Autoscribe Corporation and for M&A Ventures, LLC, deciding that Autoscribe shall take nothing with respect to its claims for infringement.

| Nature of Judgment (select one:) | Date of Judgment: April 17, 2026 |
|---|---|
| ⊡ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 05/28/2026

Signature: _Emily M. Adler_

Name:  Emily M. Adler