FORM 8A. Entry of Appearance                                                Form 8A (p.1)
                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1823

**Short Case Caption:** Autoscribe Corp. v. M&A Ventures, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| M&A Ventures, LLC | |
| **Principal Counsel:** Debra J. McComas | Admission Date: 07/28/1998 |
| Firm/Agency/Org.: Haynes and Boone, LLP | |
| Address: 2801 N. Harwood Street, Suite 2300, Dallas, TX 75201 | |
| Phone: (214) 651-5375 | Email: debbie.mccomas@haynesboone.com |
| **Other Counsel:** David H. Harper | Admission Date: 06/09/2015 |
| Firm/Agency/Org.: Haynes and Boone, LLP | |
| Address: 2801 N. Harwood Street, Suite 2300, Dallas, TX 75201 | |
| Phone: (214) 651-5247 | Email: david.harper@haynesboone.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/28/26

Signature: /s/ Debra J. McComas

Name: Debra J. McComas

**FORM 8A. Entry of Appearance**                                     **Form 8A (p.2)**
                                                                     **July 2020**

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | | |
|---|---|---|
| **Other Counsel:** Stephanie Sivinski | | Admission Date: 04/18/2013 |
| Firm/Agency/Org.: Haynes and Boone, LLP | | |
| Address: 2801 N. Harwood Street, Suite 2300, Dallas, TX 75201 | | |
| Phone: (214) 651-5078 | Email: stephanie.sivinski@haynesboone.com | |
| **Other Counsel:** Angela M. Oliver | | Admission Date: 04/08/2019 |
| Firm/Agency/Org.: Haynes and Boone, LLP | | |
| Address: 888 16th Street NW, Suite 300, Washington, DC 20006 | | |
| Phone: (202) 654-4552 | Email: angela.oliver@haynesboone.com | |
| **Other Counsel:** Laura N. Vu | | Admission Date: 08/08/2023 |
| Firm/Agency/Org.: Haynes and Boone, LLP | | |
| Address: 1 Post Street, Suite 2800, San Francisco, CA 94104 | | |
| Phone: (415) 293-8930 | Email: laura.vu@haynesboone.com | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |