FORM 9A. Notice of Related Case Information                                    Form 9A (p. 1)
                                                                              March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number**  26-1823

**Short Case Caption**  Autoscribe Corp. v. M&A Ventures, LLC

**Filing Party/Entity**  M&A Ventures, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Autoscribe Corporation v. Repay Holdings Corporation, 2:23-cv-00349 (E.D. Tex.)
Autoscribe Corporation v. EMerchantPay Corporation, 1:25-cv-01487 (D. Del.)
Autoscribe Corporation v. Stripe, Inc., 1:25-cv-01498 (D. Del.)
Autoscribe Corporation v. M&A Ventures, LLC, 1:26-cv-00688 (N.D. Ga.)

☐    Additional pages attached

**FORM 9A. Notice of Related Case Information**

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Autoscribe Corporation
> Repay Holdings Corporation
> Repay Holdings, LLC
> EMerchantPay Corporation
> Stripe, Inc.
> M&A Ventures, LLC
> Fortis Payment Systems, LLC

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached page.

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/28/2026

Signature:   /s/ Debra J. McComas

Name:   Debra J. McComas

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

**Connolly Gallagher LLP**; Alan R. Silverstein; Arthur G. Connolly, III

**Ahmad, Zavitsanos & Mensing, PLLC**; Jason S. McManis; Colin Phillips; Chun Deng; Sean Healey; Thomas DelRosario; Angela Peterson

**Morris, Nichols, Arsht & Tunnell LLP**; Anthony D. Raucci

**Cleary Gottlieb Steen & Hamilton LLP**; Gregory K. Sobolski; Thomas W. Yeh; Giri Pathmanaban; Fan Chen; Clement Naples; Sami Al-Marzoog

**Foster Yarborough Killingsworth PLLC**; Michael A. Killingsworth

**Miller Fair Henry PLLC**; Andrea L. Fair

**Haynes and Boone, LLP**; David H. Harper; Marron E. Frith; Samuel M. Drezdzon; Stephanie N. Sivinski; Jamie Raju

**Morgan Lewis & Bockius, LLP**; Clay E. Hawes; Cullen Pick; Robert A. Ehrlich; Susan K. Stradley

**Nixon Peabody LLP**; Elizabeth M. Chiaviello

**Miller & Martin PLLC**; David S. Moreland

**Ballard Spahr LLP**; Dennis A. White, Jr.; Richard W. Miller