**2026-1823**

# United States Court of Appeals for the Federal Circuit

**AUTOSCRIBE CORP.,**
*Plaintiff-Appellant*

**v.**

**M&A VENTURES, LLC,**
*Defendant-Appellee*

Appeal from the United States District Court for the Northern District of Georgia in No. 1:24-cv-04282-SCJ

### AUTOSCRIBE CORPORATION'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Federal Circuit Rule 26(b), Appellant Autoscribe Corporation ("Autoscribe") respectfully moves the Court for a 30-day extension of time to file its Principal Brief, from the present due date of July 13, 2026, to a proposed due date of August 12, 2026. This is the first request of any party for an extension.

**STATEMENT OF CONSENT**

Counsel for Appellee M&A Ventures, LLC has indicated that Appellee is unopposed to Appellant's requested 30-day extension.

**ARGUMENT**

As set forth in the accompanying declarations of Appellant's counsel, Kelsi White and Emily Merritt Adler, attached hereto, good cause exists for a 30-day extension. Appellant's counsel has significant competing professional commitments that have limited, and will continue to limit, their ability to devote the necessary time to prepare Appellant's principal brief without the requested extension. Among other things, counsel's obligations during the time to prepare this brief include and have included the following briefs and oral arguments in this Court and others:

- Principal appellate counsel Kelsi White drafted and filed a court-ordered response to a motion for rehearing en banc and by panel in No. 25-1580, *International Medical Devices, Inc. v. Cornell* in the United States Federal Circuit Court of Appeals on June 12, 2026.

- Ms. White assisted in the drafting of a surreply brief for post argument submission in Case No. 04-23-00680-CV, *ETC Texas Pipeline Ltd. v. SilverBow Resources Operating LLC* in the Texas Fourth Court of Appeals filed on June 12, 2026.

- Ms. White drafted and filed a motion for rehearing for a petition for review in No. 25-0647, *DNOW L.P. v. Coe* in the Supreme Court of Texas on June 12, 2026.

- Ms. White drafted a response to a permissive interlocutory appeal and supplemental appendix on an expedited schedule in *Express H2O Pipeline and ROW, LLC v. Westlake Chemical Opco, LP.*, No. 12-26-00210-CV in the Texas Twelfth Court of Appeals filed on June 22, 2026.

- Ms. White assisted with drafting an appellant's reply brief in No. 26-1135, *LookSmart Group, Inc. v. Google* in the United States Federal Circuit Court of Appeals filed on June 22, 2026.

- Ms. White assisted with the drafting of a Reply in Support of a Petition for Review filed on June 22, 2026 in Case No. 25-1108, *Texas Law Shield, LLC, et al. v. Perez, et al,* in the Supreme Court of Texas.

- Ms. White is drafting a response to a motion to dismiss an 18-count complaint in a commercial fraud and civil RICO case due to be filed within the next week in Case No. 4:26-cv-03748, *Canales v. Meneses Law Firm, PLLC, et al.* in the United States District Court for the Southern District of Texas.

- Ms. White assisted with the drafting of an appellant's motion for rehearing in the First Circuit Court of Appeal for Louisiana, *Castro et al. v. Church Mutual Ins. Co., et al.*, No. 2025-CA-0964 due to be filed on June 26, 2026.

- Ms. White is assisting with the drafting of a reply in support of a motion for rehearing en banc due to be filed June 30, 2026 in No. 01-22-00827-CV, *Jason Alexander, et al. v. The Woodlands Land Development Company, L.P, et al.*, in the First Court of Appeals for Texas.

- Appellate counsel Ms. Emily Merritt Adler drafted and filed a Motion to Modify the Judgment on June 5, 2026 and subsequent Reply on June 12, 2026 in Cause No. 2022-06457, *Shankar Rajagopalan v. The Viswa Group, LLC, Innova R&D Corp., CheckIt Labs, Inc., and Ramaratnam Visweswaran*, in the 80th Judicial District Court of Harris County, Texas.

- Ms. Adler assisted in drafting Joint Advisory on Early Legal Issues filed June 16, 2026 in Cause No. 25-BC11A-0077, *Halliburton Energy Services, Inc. and Halliburton Manufacturing & Leasing Company, LLC v. UV Logistics, LLC d/b/a United Vision Logistics*, in the Third Division of the Business Court of Texas.

- Ms. Adler drafted and filed an Appellant's Reply Brief on June 22, 2026 in No. 26-1135, *LookSmart Group, Inc. v. Google* in the United States Federal Circuit Court of Appeals.

- Ms. Adler drafted and filed an amended Motion for Summary Judgment on July 22, 2026 in *TotalEnergies PetroChemicals & Refining USA, Inc. v.*

*Kinder Morgan Petcoke, LP*, Cause No. 2017-48075, in the 129th Judicial District, Harris County, Texas.

- Ms. Adler is preparing to present oral argument on July 9, 2026, in the United States Court of Appeals for the Fifth Circuit in *Acis Capital Management v. James Dondero*, No. 25-10797.

Accordingly, good cause exists for the extension.

## CONCLUSION

For these reasons, Autoscribe respectfully requests that the Court grant this 30-day Unopposed Motion for Extension and allow Autoscribe to file its principal brief on August 12, 2026.

June 29, 2026

Respectfully submitted,

*/s/ Kelsi White*

Kelsi White
Emily Merritt Adler

**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
(713) 655-1101

*Counsel for Appellant*
***Autoscribe Corporation***

5

## CERTIFICATE OF INTEREST FOR AUTOSCRIBE CORPORATION

Counsel for Appellant Autoscribe Corporation certifies the following:

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| Autoscribe Corporation | None/Not Applicable | None/Not Applicable |

**4.     Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Ahmad, Zavitsanos & Mensing PLLC:  Chun Deng, Thomas Del Rosario, Sean Healey, Angela Peterson, Michael Killingsworth

Miller & Martin PLLC:  David S. Moreland

Ward, Smith & Hill, PLLC: Andrea Fair

**5.     Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

Autoscribe Corporation v. EMerchantPay Corporation, 1:25-cv-01487 (D. Del.)
Autoscribe Corporation v. Stripe, Inc., 1:25-cv-01498 (D. Del.)

**6.     Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None/Not Applicable.

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 1, 2026, I conferred via e-mail with counsel for Defendant-Appellee M&A Ventures, LLC regarding the Motion. Based on that conference, the relief requested herein is unopposed.

*/s/ Emily M. Adler*
Emily M. Adler

## CERTIFICATE OF COMPLIANCE WITH
## TYPE-VOLUME LIMITATION

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). According to the word-processing system used to prepare this document, the motion contains 778 words.

*/s/ Emily M. Adler*
Emily M. Adler

**2026-1823**

# United States Court of Appeals
# for the Federal Circuit

**AUTOSCRIBE CORP.,**
*Plaintiff-Appellant*

**v.**

**M&A VENTURES, LLC,**
*Defendant-Appellee*

Appeal from the United States District Court for the
Northern District of Georgia in No. 1:24-cv-04282-SCJ

### DECLARATION OF KELSI WHITE IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF

I, Kelsi White, declare as follows:

1. I am a partner at the law firm of Ahmad, Zavitsanos, & Mensing PLLC ("AZA"), and I have entered an appearance as lead counsel for Appellant Autoscribe Corp. ("Autoscribe") in this appeal.

2. Autoscribe respectfully requests a 30-day extension of time to file its Principal Brief, which is currently due on July 13, 2026. The proposed due date, reflecting the requested 30-day extension, is August 12, 2026.

1

3. Autoscribe requests this extension to allow sufficient time to complete the preparation of its Principal Brief in this appeal and to accommodate its attorneys' deadlines in pending cases that overlap with the time needed to prepare the Principal Brief. These specifically include:

- o Drafting and filing a court-ordered response to a motion for rehearing en banc and by panel in No. 25-1580, *International Medical Devices, Inc. v. Cornell* in the United States Federal Circuit Court of Appeals on June 12, 2026.

- o Assisting in the drafting of a surreply brief for post argument submission in Case No. 04-23-00680-CV, *ETC Texas Pipeline Ltd. v. SilverBow Resources Operating LLC* in the Texas Fourth Court of Appeals filed on June 12, 2026.

- o Drafting and filing a motion for rehearing for a petition for review in No. 25-0647, *DNOW L.P. v. Coe* in the Supreme Court of Texas on June 12, 2026.

- o Drafting a response to a permissive interlocutory appeal and supplemental appendix on an expedited schedule in *Express H2O Pipeline and ROW, LLC v. Westlake Chemical Opco, LP.*, No. 12-26-00210-CV in the Texas Twelfth Court of Appeals filed on June 22, 2026.

- Assisting with the drafting an appellant's reply brief in No. 26-1135, *LookSmart Group, Inc. v. Google* in the United States Federal Circuit Court of Appeals filed on June 22, 2026.

- Assisting with the drafting of a Reply in Support of a Petition for Review filed on June 22, 2026 in Case No. 25-1108, *Texas Law Shield, LLC, et al. v. Perez, et al,* in the Supreme Court of Texas.

- Drafting of a response to a motion to dismiss an 18-count complaint in a related commercial fraud and civil RICO case due to be filed within the next week in Case No. 4:26-cv-03748, *Canales v. Meneses Law Firm, PLLC, et al.* in the United States District Court for the Southern District of Texas.

- Assisting with the drafting of an appellant's motion for rehearing in the First Circuit Court of Appeal for Louisiana, *Castro et al. v. Church Mutual Ins. Co., et al.*, No. 2025-CA-0964 due to be filed on June 26, 2026.

- Assisting with the drafting of a reply in support of a motion for rehearing en banc due to be filed June 30, 2026 in No. 01-22-00827-CV, *Jason Alexander, et al. v. The Woodlands Land Development Company, L.P, et al.*, in the First Court of Appeals for Texas.

3

4. In light of these circumstances, and the lack of objection to the requested extension, counsel respectfully submits that good cause exists for the requested extension of time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: June 29, 2026

*/s/ Kelsi White*
Kelsi White


*Counsel for Appellant*
***Autoscribe Corp.***

4

**2026-1823**

# United States Court of Appeals for the Federal Circuit

**AUTOSCRIBE CORP.,**
*Plaintiff-Appellant*

**v.**

**M&A VENTURES, LLC,**
*Defendant-Appellee*

Appeal from the United States District Court for the Northern District of Georgia in No. 1:24-cv-04282-SCJ

## DECLARATION OF EMILY MERRITT ADLER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF

I, Emily Merritt Adler, declare as follows:

1. I am an attorney at the law firm of Ahmad, Zavitsanos, & Mensing PLLC ("AZA"), and I have entered an appearance as counsel for Appellant Autoscribe Corp. ("Autoscribe") in this appeal.

2. Autoscribe respectfully requests a 30-day extension of time to file its Principal Brief, which is currently due on July 13, 2026. The proposed due date, reflecting the requested 30-day extension, is August 12, 2026.

1

3. Autoscribe requests this extension to allow sufficient time to complete the preparation of its Principal Brief in this appeal and to accommodate its attorney's deadlines in pending cases that overlap with the time needed to prepare the Principal Brief. These specifically include:

- Drafting and filing a Motion to Modify the Judgment on June 5, 2026 and subsequent Reply on June 12, 2026 in Cause No. 2022-06457, *Shankar Rajagopalan v. The Viswa Group, LLC, Innova R&D Corp., CheckIt Labs, Inc., and Ramaratnam Visweswaran*, in the 80th Judicial District Court of Harris County, Texas.

- Assisted in drafting Joint Advisory on Early Legal Issues filed June 16, 2026 in Cause No. 25-BC11A-0077, *Halliburton Energy Services, Inc. and Halliburton Manufacturing & Leasing Company, LLC v. UV Logistics, LLC d/b/a United Vision Logistics*, in the Third Division of the Business Court of Texas.

- Drafted and filed an Appellant's Reply Brief on June 22, 2026 in No. 26-1135, *LookSmart Group, Inc. v. Google* in the United States Federal Circuit Court of Appeals.

- Drafted and filed an amended Motion for Summary Judgment on July 22, 2026 in *TotalEnergies PetroChemicals & Refining USA, Inc. v. Kinder*

*Morgan Petcoke, LP*, Cause No. 2017-48075, in the 129th Judicial District, Harris County, Texas.

- Preparing to present oral argument on July 9, 2026, in the United States Court of Appeals for the Fifth Circuit in *Acis Capital Management v. James Dondero*, No. 25-10797.

4. Pursuant to Federal Rule 26, Appellant's counsel conferred with counsel for Appellee. Counsel for M&A Ventures, LLC stated that they do not oppose Autoscribe's request for an extension of the deadline to file its Principal Brief.

5. In light of these circumstances, and the lack of objection to the requested extension, counsel respectfully submits that good cause exists for the requested extension of time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 29, 2026
/s/ *Emily Merritt Adler*
Emily Merritt Adler

*Counsel for Appellant*
**Autoscribe Corp.**

3