**2026-1823**

# United States Court of Appeals for the Federal Circuit

**AUTOSCRIBE CORP.,**
*Plaintiff-Appellant*

**v.**

**M&A VENTURES, LLC,**
*Defendant-Appellee*

Appeal from the United States District Court for the Northern District of Georgia in No. 1:24-cv-04282-SCJ

## JOINT STIPULATION OF VOLUNTARILY DISMISSAL

Debra J. McComas
David H. Harper
Stephanie N. Sivinski
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)

Kelsi Stayart White
Emily Merritt Adler
**AHMAD, ZAVITSANOS & MENSING PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
(713) 655-1101

*Counsel for Appellee M&A Ventures, LLC*

*Counsel for Appellant Autoscribe Corporation*

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby stipulate to the voluntary dismissal of the above-captioned appeal with each party to bear its own costs.

Respectfully submitted,

*/s/ Kelsi S. White*
Kelsi White
Emily Merritt Adler

**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
(713) 655-1101

*Counsel for Appellant*
**Autoscribe Corporation**

*/s/ David H. Harper*
Debra J. McComas
David H. Harper
Stephanie N. Sivinski

**HAYNES AND BOONE, LLP**
2801 N. Harwood St., Suite 2300
Dallas, TX 75201
Phone: (214) 651-5375
Debbie.McComas@haynesboone.com
David.Harper@haynesboone.com
Stephanie.Sivinski@haynesboone.com

1

Angela M. Oliver
888 16th Street NW, Suite 300
Washington, DC 20006
Phone: (202) 654-4552
Angela.Oliver@haynesboone.com

Laura N. Vu
1 Post Street, Suite 2800
San Francisco, CA 94104
Phone: (415) 293-8930
Laura.Vu@haynesboone.com

**COUNSEL FOR APPELLEE
M&A VENTURES, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 2, 2026 and July 7, 2026, I conferred via e-mail with counsel for Defendant-Appellee M&A Ventures, LLC regarding the Motion. Based on that conference, the relief requested herein is unopposed.

*/s/ Emily Adler*
Emily M. Adler

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). According to the word-processing system used to prepare this document, the motion contains 28 words.

*/s/ Emily Adler*
Emily M. Adler